```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

WILLIAM COMRIE, JR.,              :
                                  : Civil Action No. 09-353 (RBK)
            Plaintiff,            :
                                  :
                                  :
            v.                    :   **ORDER**
                                  :
CUMBERLAND COUNT JAIL             :
MEDICAL DEPARTMENT,               :
                                  :
            Defendant.            :


    For the reasons expressed in the Court's Opinion filed herewith,

    It is on this   21st   day of    March   , 2011,

    ORDERED that Defendant's second motion to dismiss Plaintiff's Complaint (Docket entry no. 21) is hereby GRANTED, and it is further

    ORDERED that Plaintiff's Complaint is hereby DISMISSED WITHOUT PREJUDICE, for Plaintiff's failure to cooperate in discovery as directed by prior Court Order, pursuant to Fed.R.Civ.P. 37(b)(2)(A)(v).


                                                    s/Robert B. Kugler
                                                  ROBERT B. KUGLER
                                                  United States District Judge